ANTHONY R. GALLAGHER
Attorney at Law
3501 12th Avenue South
Great Falls, MT 59405
anthonygallagherlaw@aol.com
Phone: (406) 799-2165
      Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DACOTA ROBERT ROGERS,<br><br>Defendant. | Case No. CR-13-15-BU-SEH<br><br>DEFENDANT'S OPPOSED MOTION TO REDUCE SENTENCE PURSUANT TO 18 USC §3582(c)(1)(A)(i) |

Dacota Robert Rogers (hereafter "Mr. Rogers"), by and through retained counsel, Anthony R. Gallagher, respectfully moves pursuant to 18 USC §3582(c)(1)(A)(i) for an order reducing his sentence to time-served based on the "extraordinary and compelling" reasons as set forth in detail in the brief that supports this motion, which has been contemporaneously filed with the Court.

1

Mr. Rogers states as grounds for his motion pursuant to the First Step Act that this Court has jurisdiction to determine whether "extraordinary and compelling reasons" warrant a reduction in his sentence after consideration of sentencing factors under 18 USC §3553(a) and the Sentencing Commission's policy statement on reduction of sentence in USSG §1B1.13. Mr. Rogers has a solid release plan as articulated in the Memorandum contemporaneously filed with this Motion in accord with Local Rule CR 47.2.

The United States has been contacted as required by Local Rule CR 47.1. Assistant United States Attorney Tara J. Elliott advised that the Government opposes this Motion.

RESPECTFULLY SUBMITTED this 9th day of December 2022.

/s/ Anthony R. Gallagher
Attorney for Dacota Robert Rogers

CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2022, a copy of the foregoing document was served on the following persons by the following means:

| | |
|---|---|
| 1, 2 | CM-ECF |
| 4 | Mail |
| 3 | E-Mail |

1. CLERK,
   U.S. DISTRICT COURT

2. TARA J. ELLIOTT
   Assistant U.S. Attorney
   Counsel for United States

3. U.S. Probation Office
   Great Falls

4. DACOTA R. ROGERS
   Defendant

/s/ Anthony R. Gallagher