# Exhibit A

Warden's Response to
Dacota Robert Rogers'
first request for release filed
pursuant to 3582(c)(A)(I)



Name: ROGERS, Dacota Robert
Register No.: 12685-046
Unit: FCI II D-Upper

This is in response to your Inmate Request to Staff, received in this office on June 29, 2021, wherein you request an additional response concerning the request for Compassionate Release or Reduction in Sentence due to the First Step Act of 2018.

A review of your request dated June 27, 2021, revealed a previous request for an early release from prison under the Compassionate Release Program due to your medical condition and the risk of the COVID-19 virus had been reviewed and subsequently denied. If you are not satisfied with the RIS response, you may commence an appeal this decision via the Administrative Remedy process. Accordingly, this request is being returned to you to afford you the opportunity to appeal through the Administrative Remedy Program.

Furthermore, a review for Home Confinement will be completed by your unit team. If you meet Home Confinement guidelines, your unit team will submit you for Home Confinement.

I trust this addresses your concerns.

_____          7/15/21
M. Gutierrez, Warden                    Date