# Exhibit D

Letter from Gail Allen
(address and identifiers redacted)

To Whom it may concern:

1/24/22

Re: Dacota Rogers  Reg# 12685-046


From: Gail M. Allen
      \*\*\*\*\*\*\*
      \*\*\*\*\*\*\*


Your honor,

I understand from Dacota that he and his attorney, Michael Donahoe, are seeking an earlier release than his original sentence allowed for. Dacota asked me if I would consider writing a letter on his behalf.

My son Mark Allen, and Dacota Rogers, lived in the same apartment complex in Butte for a period of time. They became friends which provided the connection that led to the drug, fentanyl, being provided to Mark. Mark used that drug in the way he was shown and died shortly after.

I first met Dacota at his sentencing in the federal court in Butte in January of 2013. I asked to speak to him at that time. I wanted him to know that my family and I forgave him for what had happened and that I hoped and prayed he would make better decisions in the future. I told him I was sorry that the choice my son and he had made that day had impacted so many lives in such a sad way. As a Christian, I knew I had to forgive Dacota because if I didn't, the pain would be worse and last longer. And my son had asked for and used the drug. I don't know if there is ever a real healing in the heart of a parent who has experienced their child dying before them, but time does ease the pain somewhat.

I felt led to write to Dacota in January of 2014, 2 years after my son's death. I didn't realize at the time, that his mother had died Christmas day of 2013 and that my letter arrived at a time he needed to get it. He wrote back and we have had a steady correspondence of 4-5 letters a year since that time. He has written to me, telling of his working to get a college degree. He has developed his writing skills, writing novels. He got his grandfather to send me a copy of his first one. He shows promise in writing fiction. He has also been working on a book that shows all the combinations of chords in different keys so a musician wouldn't have to transpose those notes – he could look at Dacota's book and figure it out. From my understanding, music has become an important part of his life and he hopes to be able to perform it for people. He is thinking ahead of how to support himself, and pay the fines he faces when he is released from prison.

Dacota has expressed his sorrow for Mark's death and his part in it, and also how Mark's death changed his own life. He has become a young man, chosen to make himself healthier, given up bad habits, and is thinking of how he wants to live his life when he is released from prison.

It seems that he has been learning how to work and discipline himself in his mind and body. We have forged a friendship that allows us to go beyond my son's death, and genuinely care about each other.

I have spoken to my other children and my husband, and the sentiment each have expressed is that is doesn't seem productive for Dacota to spend more time in prison. He will have a tough road to walk when he gets out, but he has gone from a child to a man in prison, and if he's allowed to be released earlier, perhaps he can make something of his life in the outside world.

He has spoken of reconnecting with his family and valuing relationships more, so, hopefully, he would have good support to help him make his way in life. We are supportive of Dacota being granted an earlier release and will pray he makes good decisions and seeks healthy relationships and activities.

From the letters I have received from Dacota, I believe that he has grown up, put childish things behind him, truly desires to live a responsible life and would have good things to contribute to society. I urge your Honor to seriously consider granting Dacota the earlier release he and his attorney are requesting.

Sincerely,

*Gail M. Allen*

Gail M. Allen
*****
*****
(406) *****