# Exhibit E

Affidavit of Richard Garrett

FILED UNDER SEAL
pursuant to
D. Mont. L.R. CR 49.3(a)(2)(G)

ANTHONY R. GALLAGHER
Attorney at Law
3501 12th Avenue South
Great Falls, MT 59405
anthonygallagherlaw@aol.com
Phone: (406) 799-2165
    Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DACOTA ROBERT ROGERS,<br><br>Defendant. | Case No. CR-13-15-BU-SEH<br><br>**AFFIDAVIT OF<br>RICHARD GARRETT**<br><br>FILED UNDER SEAL<br>pursuant to<br>D. Mont. L.R. CR 49.3(a)(2)(G). |

STATE OF MONTANA    )
                                 : ss.
COUNTY OF LEWIS AND CLARK  )

    I, Richard Garrett (age 75), being first duly sworn upon oath, declare under penalty of perjury pursuant to 28 U.S.C. §1746, as follows:

    1.    I am Dacota Robert Rogers' maternal grandfather. My wife, Cheryl Garrett (age 75), is his maternal grandmother.

1

2. I reside at 2150 South Hills Drive, Helena, Montana 59601. Most mail goes to 720 Helena Avenue, Helena, Montana 59601, care of Capital Laundry.

3. Mr. Rogers' father committed suicide when he was an infant. He was raised by my daughter, Renee, a single mother whom herself used drugs. Renee died Christmas eve of 2015 during an asthma attack.

4. Only 21 when he was sentenced to federal prison, Dacota is now 30 years of age. While in federal custody the past nine years and two months, to the best of my knowledge, information and belief, Mr. Rogers attended college and earned an associate degree in Science and Math from Coastline Community College and is currently working on his bachelor's degree in business administration at California Coast University. Mr. Rogers has also attended and successfully completed several courses at FCI Victorville II, including drug awareness. Mr. Rogers has written four novels, one of which is self-published. He was employed in Food Service from 2015 to 2022. Dacota has not received an incident report since August 2017.

5. I have a place for Mr. Rogers to live [my home at 2150 South Hills Road, Helena, Montana 59601], as well as a place for him to work [Capital Laundry, the family business, 720 Helena Avenue, Helena, Montana 59601], while he gets on his feet, adjusts to society outside prison walls, and is able to find his own living arrangements.

6. Rick and Renee Garrett, Mr. Rogers' aunt and uncle, are also nearby and will help with needs beyond that which I can provide. Rinda Garrett, his aunt, also lives in Helena and supports Dacota and will assist us. There are several cousins who are able to lend a hand as well.

7. But for common ailments which accompany the aging process, both my wife and I are in good physical health for our age (75) at this time. Cheryl is however showing very early signs of cognitive decline. Dacota's early release now will help the family with her care and assist me with the operation of our business. His experience in the stressful environment of prison will help him deal not only his grandmother's memory loss, but assist the whole family in handling the emotional toll of her inevitable mood swings and behavior changes. It is quite possible Cheryl may not know who Dacota is well before 2029 when his prison term is scheduled to end.

8. Though hampered by restrictions caused by the COVID-19 pandemic, I have had regular contact with my grandson and can attest to his rehabilitation and sincere desire to be a contributing member of the community. During our frequent contacts I have been impressed with my grandson's growth and maturity. Dacota is a very smart young man who made a mistake of youth and inexperience. He is clearly on his way to a very bright future in both music and writing and I am certain if released he will have no trouble being a productive citizen and an asset to his community.

Further Affiant sayeth not.

DATED this __7__ day of December, 2022.

*(signature)*
RICHARD GARRETT

On this __7__ day of December, 2022, before me, the undersigned Notary Public, personally appeared RICHARD GARRETT, known to me, or proved to me on the basis of satisfactory evidence, to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal the day and year first above written.

*(signature)*
Notary Public - State of Montana

BRITTANY SHERWOOD
NOTARY PUBLIC for the
State of Montana
Residing at East Helena, Montana
My Commission Expires
May 27, 2024

4